UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY TIPPINS,

    Plaintiff,

v.

Case No. 1:14-cv-10956
District Judge Stephen J. Murphy
Magistrate Judge Anthony P. Patti

PATRICK CARUSO, *et al.*,

    Defendants.

_____/

## ORDER TO PROVIDE DEFENDANTS' ADDRESSES

On March 27, 2015, the Court granted Plaintiff's Motion to Reinforce Court Order and directed the United States Marshals Service to serve the remaining Defendants in accordance with the Court's July 1, 2014 Order. (DE 21.) The United States Marshals Service, however, is currently unable to attempt service over Defendants because Plaintiff has failed to provide addresses for Patricia Caruso, Blaine Lafler, Barbara Meagher, George Kubin, and James C. Kelly.

Plaintiff is therefore **ORDERED** to provide the Court with addresses for Defendants Caruso, Lafler, Meagher, Kubin, and Kelly so that service can be attempted. Plaintiff is to provide the information to the Court in writing **ON OR BEFORE APRIL 30, 2015.** Failure to provide this information could result in a

Report and Recommendation that Plaintiff's claims against the remaining Defendants be dismissed for failure to effect service under Federal Rule of Civil Procedure 4(m). After Plaintiff has provided addresses, the United States Marshals Service is **DIRECTED** to effect service over the Defendants in accordance with the Court's March 27, 2015 Order. (DE 21.)

    **IT IS SO ORDERED.**

Dated: April 8, 2015          s/Anthony P. Patti
                                          Anthony P. Patti
                                          UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 8, 2015, electronically and/or by U.S. Mail.

                                          s/Michael Williams
                                          Case Manager for the
                                          Honorable Anthony P. Patti
                                          (313) 234-5200