UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY TIPPINS,

    Plaintiff,                                         Case No. 2:14-cv-10956

v.                                                   HONORABLE STEPHEN J. MURPHY, III

PATRICIA CARUSO, et al.,

    Defendants.
_____ /

**ORDER ADOPTING REPORT AND
RECOMMENDATION** (document no. 44)**, GRANTING DEFENDANT'S
MOTION TO DISMISS** (document no. 32)**, AND DISMISSING THE CASE**

For the reasons set forth in the previous order, ECF No. 62, the Court orders the following:

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff's objections (document no. 61) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the magistrate judge's Report and Recommendation (document no. 44) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Caruso's Motion to Dismiss (document no. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Volunteer Appointment of Counsel (document no. 58) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

        s/Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: August 4, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 4, 2016, by electronic and/or ordinary mail.

        s/Carol Cohron
        Case Manager